```
321 West Main Street, 06 WFP E
Louisville, KY 40202
Tel: 1-888-431-4748
```

**Humana**

Nathalie N Oshunlalu

216 Addison Lane
John's Creek, GA 30005

Brought to you by the Customers of Humana

## Payroll Deposit Advice

## This is not a Check

| ASSOCIATE NAME | ASSOCIATE ID | ORGANIZATION | |
|---|---|---|---|
| Nathalie N Oshunlalu | 741692 | Humana Insurance Company | |
| PERIOD START | PERIOD END | PAYMENT DATE | VOUCHER NUMBER |
| 01/17/21 | 01/30/21 | 02/05/21 | 0 |
| BASE SALARY | FLSA STATUS | PTO | | Volunteer | Short Term Disability | Personal Holiday |
| 52,380.35 | Non Exempt | 43.44 | | 8.00 | 7.08 | 16.00 |
| TAX TYPE | FILING STATUS | | ALLOWANCES |
| Federal | Head of Household | | 0 |

| SUMMARY |||||||
|---|---|---|---|---|---|
| GROSS EARNINGS || GROSS PAY || PRE-TAX DEDUCTIONS ||
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 2,018.25 | 6,154.78 | 2,014.64 | 6,043.95 | 212.32 | 636.96 |
| TAX DEDUCTIONS || OTHER DEDUCTIONS || NET PAY ||
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 340.46 | 1,021.38 | 322.06 | 966.18 | 1,139.80 | 3,419.43 |

| DEPOSITIED TO | TYPE OF ACCOUNT | Account Number | Amount |
|---|---|---|---|
| Bank Of America | | ******1257 | 1,049.80 |
| SJHFCU | | ******5548 | 90.00 |
| GRE ADDRESS: | Humana Insurance Company, 500 West Main Street Louisville, KY 40202 Tel: 1-888-431-4748 | | |

| EARNINGS |||||| 
|---|---|---|---|---|---|
| DESCRIPTION | PRIOR PERIOD | RATE | HOURS | CURRENT | YTD |
| Basic Life Imputed Inc. | | 0.00 | 0.00 | 2.28 | 6.84 |
| Go365 Imputed Inc. | | 0.00 | 0.00 | 1.33 | 3.99 |
| Holiday Pay | | | | | 402.94 |
| PCA/HRA  Employer Cont. | | | | | 100.00 |
| PTO | | | | | 201.47 |
| Special PTO | | | | | 1,007.33 |
| Time Entry Wages | | 25.18 | 80.00 | 2,014.64 | 4,432.21 |

0 ( 1 / 2 )

| DESCRIPTION | DEDUCTIONS | |
|---|---|---|
| | CURRENT | YTD |
| OASDI | 115.72 | 347.15 |
| Medicare | 27.06 | 81.19 |
| Federal Withholding | 119.02 | 357.06 |
| State Tax - GA | 78.66 | 235.98 |
| Hum 401K | 60.44 | 181.32 |
| Dental | 18.16 | 54.48 |
| Medical | 126.82 | 380.46 |
| Hum Vision EE | 6.90 | 20.70 |
| Hum 401K Roth | 60.44 | 181.32 |
| Child Voluntary Life | 1.27 | 3.81 |
| Voluntary Life | 3.80 | 11.40 |
| Individual Disability Insurance | 6.84 | 20.52 |
| Loan 1 401K | 219.33 | 657.99 |
| Voluntary Supplemental Benefits | 30.38 | 91.14 |

0

321 West Main Street, 06 WFP E  
Louisville, KY 40202  
Tel: 1-888-431-4748

**Humana**

Nathalie N Oshunlalu

216 Addison Lane  
John's Creek, GA 30005

Brought to you by the Customers of Humana

## Payroll Deposit Advice
### This is not a Check

| ASSOCIATE NAME | ASSOCIATE ID | ORGANIZATION | |
|---|---|---|---|
| Nathalie N Oshunlalu | 741692 | Humana Insurance Company | |
| **PERIOD START** | **PERIOD END** | **PAYMENT DATE** | **VOUCHER NUMBER** |
| 12/20/20 | 01/02/21 | 01/08/21 | 0 |
| **BASE SALARY** | **FLSA STATUS** | **PTO** | **Volunteer** | **Short Term Disability** | **Personal Holiday** |
| 52,380.35 | Non Exempt | 29.28 | 8.00 | 7.08 | 16.00 |
| **TAX TYPE** | **FILING STATUS** | | **ALLOWANCES** |
| Federal | Head of Household | | 0 |

| SUMMARY | | | | | |
|---|---|---|---|---|---|
| GROSS EARNINGS | | GROSS PAY | | PRE-TAX DEDUCTIONS | |
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 2,118.27 | 2,118.27 | 2,014.66 | 2,014.66 | 212.32 | 212.32 |
| TAX DEDUCTIONS | | OTHER DEDUCTIONS | | NET PAY | |
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 340.46 | 340.46 | 322.06 | 322.06 | 1,139.82 | 1,139.82 |

| DEPOSITIED TO | TYPE OF ACCOUNT | Account Number | Amount |
|---|---|---|---|
| SJHFCU | | ******5548 | 90.00 |
| Bank Of America | | ******1257 | 1,049.82 |

GRE ADDRESS:    Humana Insurance Company, 500 West Main Street Louisville, KY 40202  
Tel: 1-888-431-4748

| EARNINGS | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | PRIOR PERIOD | RATE | HOURS | CURRENT | YTD |
| Basic Life Imputed Inc. | | 0.00 | 0.00 | 2.28 | 2.28 |
| Go365 Imputed Inc. | | 0.00 | 0.00 | 1.33 | 1.33 |
| Holiday Pay | | 25.18 | 16.00 | 402.94 | 402.94 |
| PCA/HRA  Employer Cont. | | 0.00 | 0.00 | 100.00 | 100.00 |
| PTO | | 25.18 | 8.00 | 201.47 | 201.47 |
| Special PTO | | 25.18 | 32.00 | 805.86 | 805.86 |
| Time Entry Wages | | 25.18 | 24.00 | 604.39 | 604.39 |

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| **DEDUCTIONS** | | |
| OASDI | 115.72 | 115.72 |
| Medicare | 27.06 | 27.06 |
| Federal Withholding | 119.02 | 119.02 |
| State Tax - GA | 78.66 | 78.66 |
| Hum 401K | 60.44 | 60.44 |
| Dental | 18.16 | 18.16 |
| Medical | 126.82 | 126.82 |
| Hum Vision EE | 6.90 | 6.90 |
| Hum 401K Roth | 60.44 | 60.44 |
| Child Voluntary Life | 1.27 | 1.27 |
| Voluntary Life | 3.80 | 3.80 |
| Individual Disability Insurance | 6.84 | 6.84 |
| Loan 1 401K | 219.33 | 219.33 |
| Voluntary Supplemental Benefits | 30.38 | 30.38 |

0(2/2)

321 West Main Street, 06 WFP E  
Louisville, KY 40202  
Tel: 1-888-431-4748

# Humana

Nathalie N Oshunlalu

216 Addison Lane  
John's Creek, GA 30005

Brought to you by the Customers of Humana

## Payroll Deposit Advice
## This is not a Check

| ASSOCIATE NAME | ASSOCIATE ID | ORGANIZATION | |
|---|---|---|---|
| Nathalie N Oshunlalu | 741692 | Humana Insurance Company | |
| PERIOD START | PERIOD END | PAYMENT DATE | VOUCHER NUMBER |
| 02/14/21 | 02/27/21 | 03/05/21 | 0 |
| BASE SALARY | FLSA STATUS | PTO | Volunteer | Short Term Disability | Personal Holiday |
| 52,380.35 | Non Exempt | 52.60 | 8.00 | 7.08 | 16.00 |
| TAX TYPE | FILING STATUS | | ALLOWANCES |
| Federal | Head of Household | | 0 |

| SUMMARY |||||| 
|---|---|---|---|---|---|
| GROSS EARNINGS || GROSS PAY || PRE-TAX DEDUCTIONS ||
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 4,866.40 | 13,039.44 | 4,862.79 | 12,921.39 | 297.77 | 1,147.05 |
| TAX DEDUCTIONS || OTHER DEDUCTIONS || NET PAY ||
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 1,166.52 | 2,528.35 | 407.51 | 1,695.75 | 2,990.99 | 7,550.24 |

| DEPOSITIED TO | TYPE OF ACCOUNT | Account Number | Amount |
|---|---|---|---|
| SJHFCU | | ******5548 | 90.00 |
| Bank Of America | | ******1257 | 2,900.99 |

GRE ADDRESS:    Humana Insurance Company, 500 West Main Street Louisville, KY 40202  
Tel: 1-888-431-4748

| EARNINGS ||||||
|---|---|---|---|---|---|
| DESCRIPTION | PRIOR PERIOD | RATE | HOURS | CURRENT | YTD |
| Associate Incentive Plan Payout | | 0.00 | 0.00 | 2,848.15 | 2,848.15 |
| Basic Life Imputed Inc. | | 0.00 | 0.00 | 2.28 | 11.40 |
| Go365 Imputed Inc. | | 0.00 | 0.00 | 1.33 | 6.65 |
| Holiday Pay | | | | | 402.94 |
| PCA/HRA  Employer Cont. | | | | | 100.00 |
| PTO | | | | | 327.39 |
| Special PTO | | | | | 1,007.33 |
| Time Entry Wages | | 25.18 | 80.00 | 2,014.64 | 8,335.58 |

0 ( 1 / 2 )

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| **DEDUCTIONS** | | |
| OASDI | 292.30 | 755.16 |
| Medicare | 68.36 | 176.61 |
| Federal Withholding | 588.25 | 1,064.33 |
| State Tax - GA | 217.61 | 532.25 |
| Hum 401K | 145.89 | 387.65 |
| Dental | 18.16 | 90.80 |
| Medical | 126.82 | 634.10 |
| Hum Vision EE | 6.90 | 34.50 |
| Hum 401K Roth | 145.89 | 387.65 |
| Child Voluntary Life | 1.27 | 6.35 |
| Voluntary Life | 3.80 | 19.00 |
| Individual Disability Insurance | 6.84 | 34.20 |
| Loan 1 401K | 219.33 | 1,096.65 |
| Voluntary Supplemental Benefits | 30.38 | 151.90 |

0(2/2)

```
321 West Main Street, 06 WFP E
Louisville, KY 40202
Tel: 1-888-431-4748
```

# Humana

Nathalie N Oshunlalu

216 Addison Lane
John's Creek, GA 30005

## Payroll Deposit Advice

Brought to you by the Customers of Humana

## This is not a Check

| ASSOCIATE NAME | ASSOCIATE ID | ORGANIZATION | |
|---|---|---|---|
| Nathalie N Oshunlalu | 741692 | Humana Insurance Company | |
| PERIOD START | PERIOD END | PAYMENT DATE | VOUCHER NUMBER |
| 01/03/21 | 01/16/21 | 01/22/21 | 0 |
| BASE SALARY | FLSA STATUS | PTO | Volunteer | Short Term Disability | Personal Holiday |
| 52,380.35 | Non Exempt | 36.36 | 8.00 | 7.08 | 16.00 |
| TAX TYPE | FILING STATUS | | ALLOWANCES |
| Federal | Head of Household | | 0 |

| SUMMARY | | | | | |
|---|---|---|---|---|---|
| GROSS EARNINGS | | GROSS PAY | | PRE-TAX DEDUCTIONS | |
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 2,018.26 | 4,136.53 | 2,014.65 | 4,029.31 | 212.32 | 424.64 |
| TAX DEDUCTIONS | | OTHER DEDUCTIONS | | NET PAY | |
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 340.46 | 680.92 | 322.06 | 644.12 | 1,139.81 | 2,279.63 |

| DEPOSITIED TO | TYPE OF ACCOUNT | Account Number | Amount |
|---|---|---|---|
| SJHFCU | | ******5548 | 90.00 |
| Bank Of America | | ******1257 | 1,049.81 |

GRE ADDRESS:    Humana Insurance Company, 500 West Main Street Louisville, KY 40202
Tel: 1-888-431-4748

| EARNINGS | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | PRIOR PERIOD | RATE | HOURS | CURRENT | YTD |
| Basic Life Imputed Inc. | | 0.00 | 0.00 | 2.28 | 4.56 |
| Go365 Imputed Inc. | | 0.00 | 0.00 | 1.33 | 2.66 |
| Holiday Pay | | | | | 402.94 |
| PCA/HRA  Employer Cont. | | | | | 100.00 |
| PTO | | | | | 201.47 |
| Special PTO | | 25.18 | 8.00 | 201.47 | 1,007.33 |
| Time Entry Wages | | 25.18 | 72.00 | 1,813.18 | 2,417.57 |

0 ( 1 / 2 )

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| **DEDUCTIONS** | | |
| OASDI | 115.71 | 231.43 |
| Medicare | 27.07 | 54.13 |
| Federal Withholding | 119.02 | 238.04 |
| State Tax - GA | 78.66 | 157.32 |
| Hum 401K | 60.44 | 120.88 |
| Dental | 18.16 | 36.32 |
| Medical | 126.82 | 253.64 |
| Hum Vision EE | 6.90 | 13.80 |
| Hum 401K Roth | 60.44 | 120.88 |
| Child Voluntary Life | 1.27 | 2.54 |
| Voluntary Life | 3.80 | 7.60 |
| Individual Disability Insurance | 6.84 | 13.68 |
| Loan 1 401K | 219.33 | 438.66 |
| Voluntary Supplemental Benefits | 30.38 | 60.76 |

0(2/2)

```
321 West Main Street, 06 WFP E
Louisville, KY 40202
Tel: 1-888-431-4748
```

**Humana**

Nathalie N Oshunlalu

216 Addison Lane
John's Creek, GA 30005

Brought to you by the Customers of Humana

## Payroll Deposit Advice
### This is not a Check

| ASSOCIATE NAME | ASSOCIATE ID | ORGANIZATION | |
|---|---|---|---|
| Nathalie N Oshunlalu | 741692 | Humana Insurance Company | |
| PERIOD START | PERIOD END | PAYMENT DATE | VOUCHER NUMBER |
| 01/31/21 | 02/13/21 | 02/19/21 | 0 |
| BASE SALARY | FLSA STATUS | PTO | Volunteer | Short Term Disability | Personal Holiday |
| 52,380.35 | Non Exempt | 45.52 | 8.00 | 7.08 | 16.00 |
| TAX TYPE | FILING STATUS | | ALLOWANCES |
| Federal | Head of Household | | 0 |

| SUMMARY ||||||
|---|---|---|---|---|---|
| GROSS EARNINGS || GROSS PAY || PRE-TAX DEDUCTIONS ||
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 2,018.26 | 8,173.04 | 2,014.65 | 8,058.60 | 212.32 | 849.28 |
| TAX DEDUCTIONS || OTHER DEDUCTIONS || NET PAY ||
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 340.45 | 1,361.83 | 322.06 | 1,288.24 | 1,139.82 | 4,559.25 |

| DEPOSITIED TO | TYPE OF ACCOUNT | Account Number | Amount |
|---|---|---|---|
| Bank Of America | | ******1257 | 1,049.82 |
| SJHFCU | | ******5548 | 90.00 |

```
GRE ADDRESS:    Humana Insurance Company, 500 West Main Street Louisville, KY 40202
                Tel: 1-888-431-4748
```

| EARNINGS |||||| 
|---|---|---|---|---|---|
| DESCRIPTION | PRIOR PERIOD | RATE | HOURS | CURRENT | YTD |
| Basic Life Imputed Inc. | | 0.00 | 0.00 | 2.28 | 9.12 |
| Go365 Imputed Inc. | | 0.00 | 0.00 | 1.33 | 5.32 |
| Holiday Pay | | | | | 402.94 |
| PCA/HRA  Employer Cont. | | | | | 100.00 |
| PTO | | 25.18 | 5.00 | 125.92 | 327.39 |
| Special PTO | | | | | 1,007.33 |
| Time Entry Wages | | 25.18 | 75.00 | 1,888.73 | 6,320.94 |

0 ( 1 / 2 )

| DEPARTMENT | | |
|---|---|---|
| **DEDUCTIONS** | | |
| DESCRIPTION | CURRENT | YTD |
| OASDI | 115.71 | 462.86 |
| Medicare | 27.06 | 108.25 |
| Federal Withholding | 119.02 | 476.08 |
| State Tax - GA | 78.66 | 314.64 |
| Hum 401K | 60.44 | 241.76 |
| Dental | 18.16 | 72.64 |
| Medical | 126.82 | 507.28 |
| Hum Vision EE | 6.90 | 27.60 |
| Hum 401K Roth | 60.44 | 241.76 |
| Child Voluntary Life | 1.27 | 5.08 |
| Voluntary Life | 3.80 | 15.20 |
| Individual Disability Insurance | 6.84 | 27.36 |
| Loan 1 401K | 219.33 | 877.32 |
| Voluntary Supplemental Benefits | 30.38 | 121.52 |

0 ( 2 / 2 )